IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| v. | : | 7:12-CR-31-F |
| MICHAEL JUSTIN FANELLY | : | ORDER |

This matter comes now before this court on motion of the United States, by and through the United States Attorney, with the consent of Defendant, to dismiss Count Three of the Indictment in the above captioned case.

For good cause shown, the court hereby GRANTS the government's motion, and dismisses Count Three of the Indictment, which was filed on March 21, 2012, against MICHAEL JUSTIN FANELLY, as there is currently insufficient evidence to proceed with that count.

This the 22 day of June, 2012

JAMES C. FOX
Senior United States District Judge