UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:12-CR-31-1-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| MICHAEL JUSTIN FANELLY, | ) | |
| Defendant. | ) | |

The court has reviewed, *in camera*, confidential materials produced by the Government in response to Fanelly's Second Motion for Further Discovery [DE-18], Item # 2, pursuant to this court's order of June 25, 2012 [DE-29]. The court has carefully reviewed the materials but is unable to detect what relevance, if any, they might have to the charges contained in Counts One or Two of Fanelly's indictment.

Accordingly, Fanelly's request to receive materials described as Item #2 in his Second Motion for Further Discovery [DE-18] is DENIED, without prejudice to reconsider, *sua sponte* or upon defendant's motion, if and when its relevance and discoverability become evident at trial.

SO ORDERED.

This, the 3rd day of July, 2012.

JAMES C. FOX
Senior United States District Judge